KEN PAXTON
ATTORNEY GENERAL OF TEXAS

WILLIAM F. COLE
Principal Deputy Solicitor General

(512) 936-2725
William.Cole@oag.texas.gov

November 20, 2026

**Via CM/ECF**

Thomas B. Plunkett, Clerk
U.S. Court of Appeals for the Fifth Circuit

**Re: No. 23-10520, *National Horsemen's Benevolent & Protective Association v. Black***

Dear Mr. Plunkett:

I write to notify the Court of my withdrawal as counsel for appellants, the State of Texas and the Texas Racing Commission, in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Deputy Solicitor General Beth Klusmann will continue to serve as counsel for these appellants.

Respectfully submitted.

/s/William F. Cole

William F. Cole
Principal Deputy Solicitor General

cc: all counsel of record (via CM/ECF)